UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:21-cr-155-PB-01 |
| | ) | |
| Aldo Persichilli | ) | |

_____

### Indictment

The Grand Jury charges:

COUNT ONE
[18 U.S.C. § 472 – Possession of Counterfeit Obligations or Securities]

On or about January 8, 2020, in the District of New Hampshire, the defendant,

**Aldo Persichilli,**

with intent to defraud, did keep in possession counterfeited obligations and other securities of the United States, namely, twenty-three counterfeited $100 Federal Reserve Notes bearing the serial numbers below, which he then knew to be falsely made, forged and counterfeited.

| | | | |
|---|---|---|---|
| A880733C | C64777322A | L36086240C | E61885519B |
| A34587337B | A54761746C | L51983767D | E22425840C |
| A66330340B | L11884306E | L13600862E | E22445647D |
| D56424173B | L73485887C | E93478112F | L54282216C |
| C58625376G | L61125138A | E07438174B | A55101625C |
| C03583480D | L61884663A | E08089801B | |

All in violation of Title 18, United States Code, Section 472.

1

COUNT TWO
[18 U.S.C. § 474(a) - Possession of Digital and Electronic Images
for Counterfeiting Obligations and Securities]

On or about January 8, 2020, in the District of New Hampshire, the defendant,

**Aldo Persichilli**,

unlawfully and with intent to defraud, did have in in his control, custody, and possession, digital and electronic images of an obligation or other security of the United States, namely, blank U.S. currency templates; U.S. currency serial numbers; U.S. currency Federal Reserve Bank seals; U.S. currency numerical values; U.S. currency numerical value microprints; and U.S. currency watermarks.

All in violation of Title 18, United States Code, Section 474(a).

**Notice of Forfeiture**

On conviction on Count One or Two of this Indictment, the defendant,

**Aldo Persichilli,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offense.

Pursuant to Title 18, United States Code, Section 492 and 28 U.S.C. § 2461, the defendant shall forfeit all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed, or used in violation of Title 18, United States Code, Sections 472 or

474, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer. The property to be forfeited includes, but is not limited to:

a. HP ProBook (6470b) Laptop, S/N: CNU339CHJY; and

b. Xerox Phaser 6700 Printer seized from 10 Wall Street, Concord, on January 8, 2020.

c. 23 counterfeited $100 Federal Reserve Notes bearing the serial numbers listed in the table in Count One.

Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), the defendant shall forfeit substitute property, up to the value of the assets, if, by any act or omission of the defendant, the property described in these allegations, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

                                                A TRUE BILL

                                                /s/ Grand Jury Foreperson

Date: September 13, 2021                    Grand Jury Foreperson

JOHN J. FARLEY
Acting United States Attorney
/s/ Anna Dronzek
Anna Dronzek
Assistant United States Attorney